

DHL Signature (optional)    Route    Date    Time

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

Bill Shipment To: SENDER    Bill to Acct: *****0354

Phone: 850-432-2451
Sent By: David McGee
Phone: 8504322451
Attention To: Mohammad
To (Company): Islamic Republic of Iran
Ministry of Foreign Affairs
Amam Khomeni Avenue
United Nations Street
Tehran, IRAN
Iran (Islamic Republic Of)

Special Svc:    Duties and Taxes Unpaid
Ship Ref: panahi v. Iran 19-cv-00006
Dimensions: 15 x 18.7 x 1
Weight (lbs.): 3.0 lb
Customs Value: 1 USD
Description: Legal Documents
Protection: Asset Protection US 0.00
Rate Estimate: $182.63

WAYBILL #: 58 7232 2746
SENDER'S RECEIPT

Printed waybills will be invoiced unless the shipment is voided.
Using a photocopy could delay the delivery of your package and will result in additional shipping charge

DO NOT PHOTOCOPY

Please fold or cut in half