UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAGHMEH PANAHI,
*individually, and as parent and guardian of her minor children R.A. and J.A.*,

    Plaintiff,

v.

THE ISLAMIC REPUBLIC OF IRAN

    Defendant.

Civil Action No. 19-0006 (ABJ)

## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that plaintiff's motion for default judgment [Dkt. # 31] is GRANTED. Judgment is entered in favor of Plaintiff Naghmeh Panahi for $20,500,000, her minor child R.A. for $10,000,000, and her minor child J.A. for $10,000,000.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: October 26, 2020